No. 90–5326.   FULGHAM *v.* GOMEZ, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 90–5329.   MAGEE *v.* LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 90–5330.   MICHEL *v.* CALIFORNIA.   App. Dept., Super. Ct. Cal., County of Los Angeles.   Certiorari denied.

No. 90–5331.   HALE *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 90–5335.   SINDRAM *v.* GARABEDI.   Cir. Ct. Montgomery County, Md.   Certiorari denied.

No. 90–5336.   GARCIA-VADA *v.* UNITED STATES; and
No. 90–5398.   MORAN *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.   Reported below: 903 F. 2d 828.

No. 90–5337.   MORALES *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 90–5338.   HENDRIX *v.* BOARD OF EDUCATION, CITY OF CHICAGO, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 90–5339.   JACKSON *v.* OTEY.   C. A. 10th Cir.   Certiorari denied.

No. 90–5340.   McGLORY *v.* NEW ORLEANS LOCAL 124 WELFARE FUND OF THE TILE, MARBLE, TERRAZO FINISHERS & SHOPMEN INTERNATIONAL INC. ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 90–5341.   LEPPALUOTO ET UX. *v.* NAZARIAN, DBA THE LAW CLINIC.   C. A. 9th Cir.   Certiorari denied.

No. 90–5342.   HOLLORAN *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 90–5344.   PARKER *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 90–5345.   SINGLETON *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.